FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorneys for Defendant, Saks & Company LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALICE WOOTEN, an Individual, | Case No.  2:20-cv-00928-GMN-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| SAKS & COMPANY LLC, a Delaware Limited Liability Company doing business as "SAKS FIFTH AVENUE", DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

| | |
|---|---|
| RYAN ALEXANDER, CHTD. | FISHER & PHILLIPS LLP |
| By: /s/ Ryan Alexander, Esq.  | By: /s/ Scott M. Mahoney, Esq.  |
| 3017 W. Charleston #58 | 300 South Fourth Street #1500 |
| Las Vegas, Nevada  89102 | Las Vegas, Nevada  89101 |
| Attorneys for Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated:_____

- 1 –

FP 39724171.1