Case 2:20-cv-00928-GMN-VCF   Document 14   Filed 02/10/21   Page 1 of 1

FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorneys for Defendant, Saks & Company LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALICE WOOTEN, an Individual, | Case No.  2:20-cv-00928-GMN-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| SAKS & COMPANY LLC, a Delaware Limited Liability Company doing business as "SAKS FIFTH AVENUE", DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

| RYAN ALEXANDER, CHTD. | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Ryan Alexander, Esq.<br>    3017 W. Charleston #58<br>    Las Vegas, Nevada  89102<br>    Attorneys for Plaintiff | By: /s/  Scott M. Mahoney, Esq.<br>    300 South Fourth Street #1500<br>    Las Vegas, Nevada  89101<br>    Attorneys for Defendant |

**IT IS SO ORDERED.**

Dated this 10 day of February, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

- 1 –

FP 39724171.1